FILED
U.S. DISTRICT COURT

2007 NOV 20  P 2: 06

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KAREN K. TURNER, | ) |
| | ) Case No. 2:07CV 626PGC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) Honorable Paul G. Cassell |
| Defendant. | ) |

Based upon Defendant's Motion To Remand Pursuant to 42 U.S.C. § 405(g) and good cause appearing therefor,

IT IS HEREBY ORDERED that pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded to the Commissioner for further administrative proceedings. IT IS FURTHER ORDERED that judgment shall be entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Accordingly, this action shall be dismissed.

DATED this 19th day of November, 2007.

BY THE COURT:

Paul G. Cassell    Dale A. Kimball
United States District Court